262　April 1, 2026　No. 273

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Elsa Marina SACAYON-DELEON,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL,
*Defendant-Appellant.*

Washington County Circuit Court
24CN03046; A187194 (Control)

Elsa Marina SACAYON-DELEON,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*

Washington County Circuit Court
24CN03047; A187195

Rebecca D. Guptill, Judge. (Judgments entered March 28, 2025)

Submitted February 13, 2026.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).[1]

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.